JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLYWOOD ZAZA SMOKE & VAPE LLC d/b/a ZAZA SMOKE SHOP, ANDREA HARRIS, and CHRISTOPHER HARRIS,<br><br>　　　　Defendants, | No.  2:22-cv-07448-RGK-KS<br><br>**FINAL JUDGMENT** |

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Default Judgment against the Defendant, ANDREA HARRIS. Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff on all claims, and the Defendant ANDREA HARRIS is liable to the Plaintiff in the amount of $151,166.65 (comprising statutory damages of $150,000.00 and costs of $1,166.65), for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant, ANDREA HARRIS, her agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with it are permanently restrained and enjoined from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to:

(a) Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof;

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to 15 U.S.C. §1118, the Defendant, ANDREA HARRIS, at her cost, deliver to the Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody or control bearing any of the Stündenglass Marks.

///

///

IT IS FURTHER ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

IT IS SO ORDERED.

DATED: 4/17/2023

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge